United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEVEN GARCIA-RODRIGUEZ,<br>Plaintiff,<br>v.<br>SONOMA COUNTY, et al.,<br>Defendants. | Case No. 26-cv-02748-RS<br><br>**ORDER OF DISMISSAL ADOPTING REPORT AND RECOMMENDATION** |

On March 30, 2026, Plaintiff Michael Steven Garcia-Rodriguez ("Plaintiff"), proceeding *pro se*, filed an application to proceed in forma pauperis ("IFP"). On April 3, 2026, the magistrate judge assigned to the case denied Plaintiff's application and provided Plaintiff the opportunity to file an amended application to cure the deficiencies described in the order. On April 23, 2026, Plaintiff filed an amended application. On April 28, 2026, the assigned magistrate judge denied Plaintiff's amended application and required Plaintiff to pay the filing fee no later than May 29, 2026. Because Plaintiff failed to pay the filing fee by the deadline, the magistrate judge issued a Report and Recommendation that the action be dismissed without prejudice on June 29, 2026. The time for objections to the Report and Recommendation has expired, and none have been filed. For the reasons set out in the Report and Recommendation, the action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated: August 3, 2026

RICHARD SEEBORG
United States District Judge